NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CORNING OPTICAL COMMUNICATIONS RF, LLC,**
*Appellant*

v.

**PPC BROADBAND, INC.,**
*Appellee*

2016-1734, -1736, -1737

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00440, IPR2014-00441, and IPR2014-00736.

**ON MOTION**

Before WALLACH, *Circuit Judge.*

**O R D E R**

Corning Optical Communications RF LLC moves to stay the briefing schedule of these appeals pending the Supreme Court's decision in *Cuozzo Speed Technologies, LLC v. Lee*, No. 15-446. PPC Broadband, Inc. opposes. Corning separately moves to stay PPC Broadband's motion to dismiss these appeals pending the Supreme Court's decision in *Cuozzo* and indicates that PPC Broad-

2　CORNING OPTICAL COMMUNICATIONS v. PPC BROADBAND, INC.

band opposes.  Corning also moves for a 30-day extension of time to file its response to PPC Broadband's motion to dismiss and indicates that PPC Broadband opposes.

　　Upon consideration thereof,

　　IT IS ORDERED THAT:

　　(1)  The motions to stay are denied.

　　(2)  The motion for an extension of time is granted to the extent that Corning's response to PPC Broadband's motion to dismiss is due no later than seven days from the date of this order.  No further extensions will be granted.

　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　<u>/s/ Daniel E. O'Toole</u>
　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　Clerk of Court


s26